

ORIGINAL

FILED

05/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
DARREL ZBAR

ORDER

FILED

MAY 04 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Darrel Zbar has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Zbar's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Zbar passed the MPRE in 1984 when seeking admission to the practice of law in Florida, where Zbar was admitted. The petition states that Zbar has "[p]racticed law for 37 years, without any ethical or disciplinary issues." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Darrel Zbar to waive the three-year test requirement for the MPRE for purposes of Zbar's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 4 day of May, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices